In re Bruneau, Charles Emile Jr.; Crane, Carl N.; Hainkel, John J. Jr.; Lancaster, Charles D. Jr.; Scogin, Edward C.; Dastuque, Quentin D.; Gee, Terry W.; Dimos, Jimmy N.; Landry, Ron; Osterberger, Kenneth E.; Louisiana Asphalt Pavement Assn.; Association of Gen. Contrs. of Louisiana; Louisiana Assn, of Gen. Contrs.; Louisiana Motor Transport Assn.; Louisiana Highway Users Fed.; Louisiana Good Roads & Transp.; applying for writ of cer-tiorari and/or review, prohibition and mandamus; to the Court of Appeal, First Circuit, No. CA87 0235; Parish of East Baton Rouge, 19th Judicial District Court, Div. “G”, No. 311466.
Denied.